**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6230**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HECTOR VELAZQUEZ,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (CR-97-297-V, CA-00-187-S)

───────────

Submitted: October 2, 2002        Decided: November 20, 2002

───────────

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Noell Peter Tin, Charlotte, North Carolina, for Appellant. Douglas Scott Broyles, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hector Velazquez Velazquez seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Velazquez has not made a substantial showing of the denial of a constitutional right. See United States v. Velazquez, Nos. CR-97-297-V; CA-00-187-S (W.D.N.C. filed Nov. 30, 2001, entered Dec. 3, 2001). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2